UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

**RILEY FORSYTHE,**

        Plaintiff,

vs.                                    Case No.: 14-cv-509

**CAROLYN COLVIN,**
      Commissioner of Social Security,

        Defendant.

### NOTICE OF APPEAL

*Notice is hereby given* that Riley Forsythe, by his attorney, Dana W. Duncan, Duncan Disability Law, S.C. plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, an order dated April 23, 2015 and the judgment dated April 23, 2015 by Federal District Judge Barbara Crabb which affirmed the decision of the Defendant, Carolyn Colvin, Commissioner of Social Security, denying plaintiff's application for disability insurance benefits under 42 U.S.C. §§ 216(i) and 223.

Dated this 19th day of June, 2015.

                                            **DUNCAN DISABILITY LAW, S.C.**
                                            Attorneys for the Plaintiff

                                            /s/ Dana W. Duncan
                                            _____
                                            Dana W. Duncan
                                            State Bar I.D. No. 01008917
                                            3930 8th Street South, Suite 201
                                            Wisconsin Rapids, WI 54494
                                            (715) 423-4000